IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-20820

Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE GARCIA-MARINES,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Southern District of Texas
(H-00-CR-872-3)

---

September 20, 2002

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Attorney Robert W. Higgason, court-appointed counsel for Jose Garcia-Marines, moves for leave to withdraw and has filed a brief as required by *Anders v. California*.[1] Garcia has not filed a response.

Our independent review of the brief and the record discloses

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 386 U.S. 738 (1967).

no nonfrivolous issue on appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.